# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Hector G. P. R. | Case No. 26-cv-3048 (NEB/DLM) |
| Petitioner, | |
| v. | **ORDER TO** |
| | **SHOW CAUSE** |
| Warden of the Freeborn County Adult Detention Center, The; Secretary of Homeland Security, The; Director of U.S. Immigration and Customs Enforcement, The; Attorney General of the United States, The, | |
| Respondents. | |

On June 23, 2026, the Court issued an Order for Response and Enjoining Removal from the State. (Doc. 3.) This Order to Show Cause supersedes the prior Order for Response as it relates to deadlines for response and reply, as well as the contents of those forthcoming submissions. It is **ORDERED** that:

1.      Respondents are directed to file an answer to the petition for a writ of habeas corpus of Petitioner Hector G. P. R. by no later than July 9, 2026, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2.      Respondents' answer should include:

1

a.   Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

b.   A reasoned memorandum of law and fact explaining respondents' legal position on Petitioner's claims;

c.   Respondents' recommendation on whether an evidentiary hearing should be conducted; and

e.   Whether the absence of a warrant preceding Petitioner's arrest necessitates Petitioner's immediate release.

3.   If Petitioner intends to file a reply to respondents' answer, he must do so by no later than July 16, 2026.  Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Dated: June 25, 2026                    _s/Douglas L. Micko_____
                                        DOUGLAS L. MICKO
                                        United States Magistrate Judge

2