**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

HECTOR G.P.R.,

Petitioner,

v.

THE WARDEN OF THE FREEBORN COUNTY ADULT DETENTION CENTER; THE SECRETARY OF HOMELAND SECURITY; THE DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and THE ATTORNEY GENERAL OF THE UNITED STATES,

Respondents.

Case No. 26-CV-3048 (NEB/DLM)

ORDER ACCEPTING
REPORT AND RECOMMENDATION

The Court has received the August 7, 2026 Report and Recommendation of United States Magistrate Judge Douglas L. Micko. (ECF No. 15.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 15) is ACCEPTED;

2. The Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED;

3. Respondents are ordered to release Petitioner Hector G.P.R. from custody

a. Immediately;

b. Inside the State of Minnesota with at least two hours' notice to Petitioner's attorney (Leopold B. Epee, leo.epee@gmail.com, 952-697-4045); and

c. With all of Petitioner's personal effects in Respondents' possession or control, including, but not limited to, his driver's license, immigration paperwork, work authorization, cell phone, keys, clothing, personal effects.

4. To the extent that Hector G.P.R. seeks additional relief, the Petition is DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 17, 2026

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge